# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Patrick Maloney | CASE NUMBER |
|---|---|
| v.  PLAINTIFF(S) | CV 14-05048 ABC(VBKx) |
| T3Media, Inc.  DEFENDANT(S). | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 14-03 (RELATED CASES) |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 14-03.

_____     _____
Date                                                    Josephine L. Staton
                                                              United States District Judge

**TRANSFER ORDER DECLINED**

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

This case involves a different class representative and a different defendant. There is no showing that the factual and legal issues are sufficiently related to require a duplication of effort.

7/11/14                                                    /s/ Josephine [signature]
Date                                                         United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case  SACV 13-00876 JLS(RNBx)  and the present case:

- [✓] A. Arise from the same or closely related transactions, happenings or events; or
- [✓] B. Call for determination of the same or substantially related or similar questions of law and fact; or
- [ ] C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____ to Magistrate Judge _____.

On all documents subsequently filed in this case, please substitute the initials _____ after the case number in place of the initials of the prior judge, so that the case number will read _____. This is very important because the documents are routed to the assigned judges by means of these initials

**TRANSFER ORDER DECLINED**

cc:  [ ] Previous Judge     [ ] Statistics Clerk

CV-34 (06/14)                    ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 14-03 (Related Cases)