Name and address:
Kelli L. Sager SBN 120162
Karen A. Henry SBN 229707
Davis Wright Tremaine LLP
865 S. Figueroa Street, Suite 2400
Los Angeles, CA 90017
Tel: (213) 633-6800 Fax: (213) 633-6899
Attorneys for T3MEDIA, INC. d/b/a PAYA.COM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| PATRICK MALONEY | CASE NUMBER: |
|---|---|
| **PLAINTIFF(S)** | CV 14-05048 AB (VBKx) |
| v. | |
| T3MEDIA, INC. d/b/a PAYA.COM | **NOTICE OF APPEARANCE OR WITHDRAWAL OF COUNSEL** |
| **DEFENDANT(S)** | |

## INSTRUCTIONS

*Appearance of Counsel*:

Attorneys may use this form to enter an appearance in a case, or to update the docket of a case to reflect a prior appearance. To do so, complete Sections I, II, and IV of this form, then file and serve the form in the case. (Using an attorney's CM/ECF login and password to file this form will expedite the addition of that attorney to the docket as counsel of record.)

*Withdrawal of Counsel*:

This form may be used to terminate an attorney's status as counsel of record for a party in three situations: (1) the attorney being terminated has already been relieved by the Court, but the docket does not yet reflect that fact; (2) at least one member of the attorney's firm or agency will continue to represent that party and the withdrawing attorney is not the only member of the Bar of this Court representing that party; or (3) the represented party has been dismissed from the case, but the attorneys are still receiving notices of electronic filing. For any of these situations, complete Sections I, III, and IV of this form, then file and serve the form in the case.

**Note**: *In situations not covered above, attorneys seeking to withdraw from a case must first obtain permission from the Court. In such circumstances, attorneys should complete and file a "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01) rather than this "Notice of Appearance of Withdrawal of Counsel" (Form G-123). See Form G-01 for further information.*

## SECTION I - IDENTIFYING INFORMATION

*Please complete the following information for the attorney you wish to add or remove (if removing an attorney, provide the information as it currently appears on the docket; if appearing pro hac vice, enter "PHV" in the field for "CA Bar Number"):*

Name: Karen A. Henry         CA Bar Number: 229707

Firm or agency: Davis Wright Tremaine LLP

Address: 865 S. Figueroa Street, Suite 2400, Los Angeles, CA 90017

Telephone Number: (213) 633-6800         Fax Number: (213) 633-6899

Email: karenhenry@dwt.com

Counsel of record for the following party or parties: T3MEDIA, INC. d/b/a PAYA.COM

