# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Patrick Maloney | CASE NUMBER |
| --- | --- |
| PLAINTIFF(S) | CV 14-05048-AB (VBKx) |
| v. | |
| T3Media, Inc | **RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |
| DEFENDANT(S). | |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| 10/24/14 | 35 | Amended Answer |
| --- | --- | --- |
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

- ☐ The document is accepted as filed
- ☑ ~~The document is stricken and~~ counsel is ordered to file an amended or corrected document by  noon Tuesday, October 28, 2014  .
- ☐ The hearing date has been rescheduled to _____ at _____
- ☐ Other

Clerk, U.S. District Court

Dated: 10/27/14    By: C. Badirian
                       Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge