1  DAVIS WRIGHT TREMAINE LLP
   865 S. FIGUEROA ST.
2  SUITE 2400
   LOS ANGELES, CALIFORNIA 90017-2566
3  TELEPHONE (213) 633-6800
   FAX (213) 633-6899
4
   KELLI L. SAGER (State Bar No. 120162)
5    kellisager@dwt.com
   KAREN A. HENRY (State Bar No. 229707)
6    karenhenry@dwt.com
   DIANA PALACIOS (State Bar No. 290923)
7    dianapalacios@dwt.com

8  Attorneys for Defendant
   T3MEDIA, INC. d/b/a PAYA.COM
9

10                  UNITED STATES DISTRICT COURT
11
                CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION
12

13
14 PATRICK MALONEY, on behalf of       ) Case No. **14-CV-05048-AB (VBKx)**
   himself and all others similarly situated, )
15 TIM JUDGE, on behalf of himself and all ) Assigned to the Hon. André Birotte Jr.
   others similarly situated             )
16                                       ) **ORDER GRANTING T3MEDIA'S**
                  Plaintiffs,            ) **APPLICATION FOR LEAVE TO**
17                                       ) **FILE DOCUMENTS UNDER SEAL**
         vs.                             )
18                                       ) Hearing Date: November 24, 2014
   T3MEDIA, INC. d/b/a PAYA.COM, a       ) Time:         10:00 a.m.
19 Colorado corporation,                 ) Courtroom:    790
                                         )
20                Defendant.             ) [Notice Of Motion And Special Motion
                                         ) To Strike; Declarations Of Ernest M.
21                                       ) Weiser With Exhibits A-M And Karen
                                         ) A. Henry With Exhibits N-U In Support
22                                       ) Of Special Motion To Strike; Application
                                         ) To Seal Exhibit B; Declaration Of Ernest
23                                       ) M. Weiser In Support Of Application To
                                         ) Seal Exhibit B; And Notice Of Lodging
24                                       ) Of Digital Video Disc Filed
                                         ) Concurrently]
25                                       )
                                         ) Action Filed: June 27, 2014
26                                       )
27
28

ORDER TO SEAL
DWT 25116265v3 0101261-000001

1  Having reviewed the Application for an Order to File Under Seal filed by
2  T3Media, Inc. d/b/a Paya.com ("T3Media"), and compelling reasons appearing
3  therefor, the Court hereby grants T3Media's Application and orders Exhibit B to the
4  Declaration of Ernest M. Weiser in support of T3Media's Special Motion to Strike
5  Plaintiffs' First Amended Class Action Complaint be filed under seal.

9  DATED: October 30, 2014   _____
                              Honorable André Birotte Jr.
                              U.S. DISTRICT COURT JUDGE

ORDER TO SEAL
DWT 25116265v3 0101261-000001

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899