UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | CV 14-05048-AB (VBKx) | Date: | November 3, 2014 |
|---|---|---|---|

Title:  *Patrick Maloney v. T3Media, Inc.*

Present: The Honorable  ANDRÉ BIROTTE JR.

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** [In Chambers] Order Denying Plaintiff's Request to Continue Hearing on Defendants' Special Motion to Strike Without Prejudice (Dkt. No. 49)

   The Court is in receipt of Plaintiff Patrick Maloney's "Motion to Continue Hearing on Defendant's Special Motion to Strike," filed on October 31, 2014.  (Dkt. No. 49.)  Given the nature of Plaintiff's request for relief, the court construes the "motion" as a request for *ex parte* relief.  *Andersen v. United States*, 298 F.3d 804, 807 (9th Cir. 2002) ("The substance of the motion, not its form, controls its disposition."); see also *Hasbrouk v. Texaco, Inc.*, 879 F.2d 632, 635 (9th Cir. 1989) ("The nomenclature the movant uses is not controlling. [Citation.] This court must decide whether a motion, however styled, is appropriate for the relief requested.").  The application for *ex parte* relief fails to comply with Local Rule 7-19 and this Court's Procedures and Schedules concerning requests for *ex parte* relief.  The request is **DENIED WITHOUT PREJUDICE** to Plaintiff renewing the request in a properly drafted and noticed *ex parte* application.

   **IT IS SO ORDERED**