# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No.: CV 14-05048-AB (VBKx) | Date: November 5, 2014 |

Title: *Patrick Maloney v. T3Media, Inc.*

---

Present: The Honorable ANDRÉ BIROTTE JR.

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**  [In Chambers] Order Denying Plaintiff's Request to Continue Hearing on Defendants' Special Motion to Strike Without Prejudice (Dkt. No. 54)

The Court has read and considered Plaintiffs' *ex parte* application for an order continuing the hearing date on Defendant's special motion (Cal. Code Civ. Proc. §425.16) to strike, Defendant's opposition, and Plaintiffs' reply. (Dkt. Nos. 54, 55, & 56.) Plaintiff does not articulate any way in which it would suffer irreparable prejudice by being required to oppose a motion that conforms to the Local Rules in terms of its length in the amount of time set forth in the Local Rules for opposing motions. To the extent Plaintiffs believe that discovery is necessary to oppose the motion and are unable to oppose the motion because they have not had an adequate opportunity to conduct essential discovery, they are free to oppose the motion on that ground. Fed. R. Civ. Proc. 56(d); *see also Metabolife Int'l, Inc. v. Wornick*, 264 F.3d 832, 846 (discovery provisions of Rule 56 applicable to a fact-intensive anti-SLAPP motion). Plaintiffs offer nothing to suggest why the relief already provided in Rule 56(d) is so inadequate to warrant *ex parte* relief. Plaintiff having failed to show that they will suffer *irreparable prejudice* if the application is not granted (*Mission Power Engineering Co. v Continental Cas. Co.*, 833 F.Supp. 488, 492 (C.D. Cal. 1995)), the court **DENIES** the application.

However, in light of the Court's own calendar, the Court on its own motion continues hearing on the motion to **December 1, 2014 at 10:00 a.m.** *See, e.g.*, Cal. Code Civ. Proc. §425.16(f) (special motion to strike may be heard more than 30 days after motion is filed if "the docket conditions of the court so require).

**IT IS SO ORDERED**