1  **DAVIS WRIGHT TREMAINE LLP**
   865 S. FIGUEROA ST.
2  SUITE 2400
   LOS ANGELES, CALIFORNIA 90017-2566
3  TELEPHONE (213) 633-6800
   FAX (213) 633-6899

4  KELLI L. SAGER (State Bar No. 120162)
     kellisager@dwt.com
5  KAREN A. HENRY (State Bar No. 229707)
     karenhenry@dwt.com
6  DIANA PALACIOS (State Bar No. 290923)
     dianapalacios@dwt.com
7

8  Attorneys for Defendant
   T3Media, Inc. d/b/a Paya.com
9

10
                    UNITED STATES DISTRICT COURT
11
         CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION
12

13

14 PATRICK MALONEY, on behalf of           ) Case No. **14-CV-05048-ABC (VBKx)**
   himself and all others similarly situated, )
15 TIM JUDGE, on behalf of himself and all  ) **NOTICE OF ERRATA REGARDING**
   others similarly situated,               ) **THE NOTICE OF MANUAL FILING**
16                                          ) **OR LODGING**
                 Plaintiff,                 )
17                                          )
          vs.                               )
18                                          )
   T3MEDIA, INC. d/b/a Paya.com, a          )
19 Colorado corporation,                    )
                                            )
20               Defendants.                
   _____

21

22

23

24

25

26

27

28

NOTICE OF ERRATA
DWT 25421566v1 0101261-000001

1 | Defendant T3Media, Inc. respectfully submits this Notice of Errata concerning the filing of its Notice of Manual Filing or Lodging docket #62 filed on November 17, 2014, which was inadvertently filed with the wrong date.

Attached hereto is the complete Notice of Manual Filing or Lodging.

DATED: November 17, 2014

DAVIS WRIGHT TREMAINE LLP
KELLI L. SAGER
KAREN A. HENRY

By: /s/ Karen A. Henry
   Karen A. Henry
Attorneys for Defendant
T3Media, Inc. d/b/a Paya.com

1
NOTICE OF ERRATA
DWT 25421566v1 0101261-000001

Kelli L. Sager (State Bar No. 120162)
kellisager@dwt.com
Davis Wright Tremaine LLP
865 S. Figueroa Street, Suite 2400
Los Angeles, CA 90017 / Telephone: (213) 633-6800

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PATRICK MALONEY, on behalf of himself and all others similarly situated, et al.<br><br>PLAINTIFF(S)<br><br>v.<br><br>T3 MEDIA, INC. d/b/a PAYA.COM, a Colorado corporation<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>14-CV-05048-AB (VBKx)<br><br>**NOTICE OF MANUAL FILING**<br>**OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: (**List Documents**)

Exhibits CC and DD of the Karen A. Henry Declaration In Support Of Defendant's Reply In Support Of Special Motion To Strike.

**Reason:**

☐ Under Seal
☐ In Camera
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☐ Per Court order dated: _____
☐ Administrative Record
☐ Other:

| | |
|---|---|
| November 17, 2014 | Kelli L. Sager |
| Date | Attorney Name |
| | Defendant T3MEDIA, INC. d/b/a PAYA.COM |
| | Party Represented |

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (09/14)                **NOTICE OF MANUAL FILING OR LODGING**