1 DAVIS WRIGHT TREMAINE LLP
  KELLI L. SAGER (State Bar No. 120162)
2    kellisager@dwt.com
  KAREN A. HENRY (State Bar No. 229707)
3    karenhenry@dwt.com
  DIANA PALACIOS (State Bar No. 290923)
4    dianapalacios@dwt.com

5 Attorneys for Defendant

6 HAGENS BERMAN SOBOL SHAPIRO LLP
  ELAINE T BYSZEWSKI
7    elaine@hbsslaw.com
  301 North Lake Avenue Suite 203
8 Pasadena, CA 91101
  213-330-7150
9 Fax: 213-330-715

10 Attorneys for Plaintiffs
11 [Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION

| | |
|---|---|
| PATRICK MALONEY, on behalf of himself and all others similarly situated, TIM JUDGE, on behalf of himself and all others similarly situated<br><br>    Plaintiffs,<br><br>vs.<br><br>T3MEDIA, INC. d/b/a PAYA.COM, a Colorado corporation,<br><br>    Defendant. | Case No. **14-CV-05048-AB (VBKx)**<br>Assigned to the Hon. André Birotte Jr.<br><br>**STIPULATION TO VACATE FEBRUARY 9, 2015 SCHEDULING CONFERENCE**<br><br>[[Proposed] Order Vacating February 9, 2015 Scheduling Conference Lodged Concurrently]<br><br>Action Filed: June 27, 2014 |

STIPULATION TO VACATE
FEBRUARY 9, 2015 SCHEDULING CONFERENCE
DWT 25931744v1 0101261-000001

Pursuant to Local Rules 7-1 and 52-4, the undersigned counsel of record for Defendant T3Media, Inc. d/b/a Paya.com ("T3Media" or Defendant) and Plaintiffs Patrick Maloney and Tim Judge ("Plaintiffs") (collectively "Parties") hereby stipulate and agree as follows:

WHEREAS, on August 25, 2014, Plaintiffs filed a First Amended Complaint ("FAC");

WHEREAS, on October 7, 2014, the Court issued an order setting a Scheduling Conference for January 12, 2015, at 10:00 a.m.;

WHEREAS, on October 24, 2014, Defendant T3Media filed a Special Motion To Strike Plaintiffs' FAC, pursuant to California Code of Civil Procedure § 425.16 ("SLAPP motion"), which was scheduled to be heard on December 1, 2014;

WHEREAS, on November 25, 2014, the Court issued an order taking T3Media's SLAPP motion under submission without oral argument, and has not yet issued a ruling;

WHEREAS, on December 22, 2014, the Parties entered into a stipulation to vacate the January 12, 2015 Scheduling Conference;

WHEREAS, on January 5, 2015, in light of the Parties' stipulation and good cause appearing, the Court continued the Scheduling Conference from January 12, 2015, to February 9, 2015;

WHEREAS, the Parties agree that because the issues to be discussed under F.R.C.P. 26(f) and the scheduling of future dates in this case may be impacted by the Court's ruling on the SLAPP motion, the interests of justice and judicial efficiency would best be served if the Scheduling Conference and related deadlines under Rule 26(f) were vacated until the Court issues a ruling;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, subject to the Court's approval, that the Scheduling Conference currently scheduled for February 9, 2015 and all related dates

1

1  under Rule 26(f) shall be vacated, and rescheduled after the Court rules on
2  Defendant's SLAPP motion.

3  DATED: January 16, 2015          HAGENS BERMAN SOBOL SHAPIRO LLP

   By:      /s/ Robert B. Carey

   Robert B. Carey (Pro Hac Vice)
   rob@hbsslaw.com
   Leonard W. Aragon (Pro Hac Vice)
   leonard@hbsslaw.com
   John M. DeStefano (Pro Hac Vice)
   johnd@hbsslaw.com
   11 West Jefferson Street, Suite 1000
   Phoenix, AZ 85003
   Telephone: (602) 840-5900
   Facsimile: (602) 840-3012

   Elaine T. Byszewski (SBN 222304)
   elaine@hbsslaw.com
   HAGENS BERMAN SOBOL SHAPIRO LLP
   301 North Lake Avenue, Suite 203
   Pasadena, CA 91101
   Telephone: (213) 330-7150
   Facsimile: (213) 330-7152

   Steve W Berman (Pro Hac Vice)
   steve@hbsslaw.com
   HAGENS BERMAN SOBOL SHAPIRO LLP
   1918 Eighth Avenue Suite 3300
   Seattle, WA 98101
   Telephone: 206-623-7292
   Facsimile: 206-623-0594

25  //
26  //
27
28
                                          2

Stuart McKinley Paynter (SBN 226147)
stuart@paynterlawfirm.com
THE PAYNTER LAW FIRM PLLC
1200 G Street NW Suite 800
Washington, DC 20005
202-626-4486
Fax: 866-734-0622

William S. Sowders (SBN 221687)
bsowders@rcdtnlaw.com
RENAUD COOK DRURY MESAROS, PA
One North Central, Suite 900
Phoenix, Arizona 85004
Telephone: (602) 307-9900
Facsimile: (602) 307-5853

Attorneys for Plaintiffs and the Proposed Class

DATED: January 16, 2015

DAVIS WRIGHT TREMAINE LLP
KELLI L. SAGER
KAREN A. HENRY
DIANA PALACIOS


By: /s/ Kelli L. Sager
           Kelli L. Sager

Attorneys for Defendant

3

STIPULATION TO VACATE
FEBRUARY 9, 2015 SCHEDULING CONFERENCE
DWT 25931744v1 0101261-000001