**D**AVIS **W**RIGHT **T**REMAINE LLP
865 S. F IGUEROA ST.
SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
TELEPHONE (213) 633-6800
FAX (213) 633-6899

KELLI L. SAGER (State Bar No. 120162)
  kellisager@dwt.com
KAREN A. HENRY (State Bar No. 229707)
  karenhenry@dwt.com
DIANA PALACIOS (State Bar No. 290923)
  dianapalacios@dwt.com

Attorneys for Defendant
T3MEDIA, INC. d/b/a PAYA.COM

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION

| | |
|---|---|
| PATRICK MALONEY, on behalf of himself and all others similarly situated, TIM JUDGE, on behalf of himself and all others similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>T3MEDIA, INC. d/b/a Paya.com, a Colorado corporation,<br><br>Defendant. | Case No. **14-CV-05048-ABC (VBKx)**<br>Assigned to the Hon. André Birotte Jr.<br><br>**NOTICE OF LODGING OF [PROPOSED] JUDGMENT IN FAVOR OF DEFENDANT T3MEDIA, INC.**<br><br>Hearing Date:   N/A<br>Time:          N/A<br>Department:    790 |

NOTICE OF LODGING
DWT 26449861v1 0101261-000001

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant T3Media, Inc. d/b/a Paya.com hereby lodges with the Court a [Proposed] Judgment In Favor Of Defendant T3Media, Inc.

| | |
|---|---|
| DATED: March 17, 2015 | DAVIS WRIGHT TREMAINE LLP<br>KELLI L. SAGER<br>KAREN A. HENRY<br>DIANA PALACIOS |
| | By: */s/ Kelli L. Sager*<br>    Kelli L. Sager |
| | Attorneys for Defendant<br>T3MEDIA, INC. d/b/a PAYA.COM |

NOTICE OF LODGING
DWT 26449861v1 0101261-000001
1
DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899