UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION

| | |
|---|---|
| PATRICK MALONEY, on behalf of himself and all others similarly situated, TIM JUDGE, on behalf of himself and all others similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>T3MEDIA, INC. d/b/a PAYA.COM, a Colorado corporation,<br><br>Defendant. | Case No. **14-CV-05048-AB (VBKx)**<br>Assigned to the Hon. André Birotte Jr.<br><br>**[~~PROPOSED~~] JUDGMENT IN FAVOR OF DEFENDANT T3MEDIA, INC.**<br><br>Action Filed: June 27, 2014 |

Having considered all the papers and arguments in support of and in opposition to the Special Motion To Strike filed by Defendant T3Media, Inc. d/b/a Paya.com ("Defendant), and the Court having GRANTED Defendant's motion in its entirety, for the reasons set forth in its Order entered on March 9, 2015;

IT IS HEREBY ORDERED AND ADJUDGED that:

1. Plaintiffs Patrick Maloney and Tim Judge ("Plaintiffs") take nothing in their action, that the above-captioned case be DISMISSED WITH PREJUDICE, and that judgment hereby is entered in Defendant's favor as to each of Plaintiffs' causes of action.
2. Defendant is the prevailing party in this action.
3. Requests for attorneys' fees may be made by a regularly noticed motion to the Court.
4. Requests for costs may be made by application to the Clerk of the Court.

This document constitutes a judgment and a separate document for the purposes of Federal Rule of Civil Procedure 58(a).

DATED: March 27, 2015

_____
Honorable André Birotte Jr.
U.S. DISTRICT COURT JUDGE